**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**JAMES P. CLARK,** Chief Deputy City Attorney (SBN 64780)
**CORY M. BRENTE,** Supervising Assistant City Attorney
**COLLEEN R. SMITH,** Deputy City Attorney (SBN 209719)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Email: Colleen.Smith@lacity.org
Phone No.: (213) 978-7027, Fax No.: (213) 978-8785

Attorneys for Defendants **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. W., individually, a minor, by and through her Guardian ad Litem, Phillip Washington; P. W., a minor, by and through her Guardian ad Litem, Phillip Washington, as successor in interest to Alesia Thomas; A. R., individually, a minor, by and through his Guardian ad Litem, Mark Roberts; A. R., a minor, by and through his Guardian ad Litem, Mark Roberts, as successor in interest to Alesia Thomas,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; MARY O'CALLAGHAN (sued herein as DOE 21); and DOES 1 through 100.<br><br>　　　　Defendants. | CASE NO. CV13-8520 R4K (AGRx)<br><br>(LASC Case No. BC 515950)<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

　　The undersigned, counsel of record for Defendants **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT** hereby certify the following listed

1

parties have a direct, pecuniary interest in the outcome of the case:

| | | | |
|---|---|---|---|
| 1. | PHILLIP WASHINGTON | | Plaintiff |
| 2. | P.W. | | Plaintiff |
| 3. | MARK ROBERTS | | Plaintiff |
| 4. | A.R. | | Plaintiff |
| 5. | Steven B. Effres, Esq. | | Plaintiff's Attorney |
| 6. | LAW OFFICE OF EFFRES & ASSOCIATES | | Plaintiff's Law Firm |
| 7. | CITY OF LOS ANGELES | | Defendant |
| 8. | LOS ANGELES POLICE DEPARTMENT | | Defendant |
| 9. | MARY O'CALLAGHAN | | Defendant |

DATED: November 18, 2013

**MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK**, Chief Deputy City Attorney
**CORY M. BRENTE**, Supervising Asst. City Attorney

By _____
**COLLEEN R. SMITH**
Deputy City Attorney

Attorneys for Defendants **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | I, RUTH PARKHURST, declare as follows: |
| 3   | At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred. |
| 5   | On November 18, 2013 I served the document(s) described as: |
| 6   | **CERTIFICATE OF INTERESTED PARTIES** |
| 7   | on all interested parties in this action: |

**ATTORNEY FOR *Plaintiff* PHILLIP WASHINGTON, individually and as Guardian ad Litem for P.W., MARK ROBERTS, individually and as Guardian ad Litem for A.R.:**
Steven B. Effres, Esq.
LAW OFFICE OF EFFRES & ASSOCIATES
21900 Burbank Blvd., 3rd Floor
Woodland Hills, CA 91367
Telephone (818) 222-9720
Fax (818) 222-0720

enclosed true copies of the document(s) in a sealed envelope or package addressed to the person(s) address(es) as above, and;

By United States Mail.

[X] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2013, at Los Angeles, California.

_____
RUTH PARKHURST