**Steven B. Effres, Esquire**
**LAW OFFICE OF EFFRES & ASSOCIATES**
**5115 Clareton Drive, Suite 110**
**Agoura Hills, CA 91301**
**Telephone: [818] 222-9720**
**Facsimile: [818] 222-0720**

**Benjamin L. Crump, Esquire**
**Daryl D. Parks, Esquire**
**Jasmine O. M. Rand, Esquire**
**PARKS & CRUMP, L.L.C.**
**240 North Magnolia Drive**
**Tallahassee, Florida 32301**
**Telephone [850] 222-3333**
**Facsimile: [850] 224-6679**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.W. individually, a minor, by and through her Guardian ad Litem, Phillip Washington; P.W., a minor, by and through her Guardian ad Litem, Phillip Washington, as successor in interest to Alesia Thomas; A.R., individually, a minor, by and through his Guardian ad Litem, Mark Roberts; A.R., individually, a minor, by and through his Guardian ad Litem, Mark Roberts, as successor in interest to Alesia Thomas,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT; MARY O'CALLAGHAN (sued herein as Doe 21); and DOES 1 THROUGH 100.<br><br>Defendants. | Case No. CV 13-08520-CAS (JCGx)<br><br>Hon. Christina A. Snyder<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO ADVANCE HEARING DATE FROM DECEMBER 14, 2015 to DECEMBER 7, 2015**<br><br>[Proposed Order *filed concurrently herewith*] |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, through their counsel of record, will and hereby do seek upon an unopposed ex parte application to shorten time and advance the hearing date pending before this Court on the Minors' Compromise from December 14, 2015 to December 7, 2015. The reasons for filing this application on an *ex parte* basis are as follows:

1. The documents in question will of necessity contain information that is protected from disclosure due to the Plaintiffs' status as persons of minor age and for purposes of confidentiality.

2. The application is not controversial. The parties agree, all are available to attend the hearing on the proposed date, and neither party will be prejudiced.

3. Filing this application as a regularly noticed motion would result in an unnecessary delay in determining the substantive motion on the merits. Grant the Application and advancing the hearing date are in the interest of the parties and this Court's judicial economy.

4. A proposed order is submitted herewith.

<u>Statement of Local Rule 7-19 Compliance</u>:  Prior to filing this *ex parte* application, Plaintiffs' counsel contacted defense counsel in compliance with Local Rule 7-19 through 7-19.1. *See* Declaration of Steven Effres ("Effres Decl.") at ¶ 2. Defendant City of Los Angeles is represented by: Colleen R. Smith, Esq., Deputy

-2-

1 City Attorney, Los Angeles City Attorney's Office, 200 N. Main St., 6th Floor, Los
2 Angeles, CA 90012, Phone: (213) 978-7021, Fax: (213) 978-8785, Email:
3 Colleen.Smith@lacity.org.
4
5     Respectfully Submitted,
6 DATED: November 25th , 2015    EFFRES & ASSOCIATES
7
8
9     By
10         */s/ Steven Effres*
    Steve Effres
11     Attorneys for Plaintiffs

-3-

**DECLARATION OF STEVEN EFFRES**

I, Steven Effres, hereby declare as follows:

1.      I am an attorney licensed to practice law in this United States District Court.  I am one of the attorneys of record for the plaintiffs in this action.  I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.  I make this declaration in support of Plaintiffs' application to advance the pending hearing date from December 14, 2015 to December 7, 2015.

2.      Local Rule 7-19 Compliance: Prior to filing this *ex parte* application, I contacted Defendant's attorneys via telephone via my officer manager Kathy Beaver and confirmed that the instant Application is unopposed and the Defendants are available for hearing on December 7, 2015.

3.      The basis for this application is that the documents in question will of necessity contain information that is not subject to disclosure concerning the minor Plaintiffs and for purposes of confidentiality, and for the purposes of expediting the litigation process and increasing judicial economy.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 24th day of November, 2015 at Agoura Hills, California.

DATED: November 24th, 2015         EFFRES & ASSOCIATES
                                                                A Professional Law Corporation

-4-

```
                    By:    /s/Steven Effres_____
                           STEVEN B. EFFRES, ESQUIRE
                           Attorney for Plaintiffs
```

Respectfully Submitted,
DATED: November 25, 2015    EFFRES & ASSOCIATES
                            A Professional Law Corporation

```
                    By:    /s/Steven Effres_____
                           STEVEN B. EFFRES, ESQUIRE
                           Attorney for Plaintiffs
```

DATED: November 25, 2015    PARKS & CRUMP, L.L.C.
                            A Limited Liability Corporation

```
                    By:    /s/Benjamin Crump_____
                           BENJAMIN CRUMP, ESQUIRE
                           Attorney for Plaintiffs
```

DATED: November 25, 2015    PARKS & CRUMP, L.L.C.
                            A Limited Liability Corporation

```
                    By:    /s/Jasmine Rand_____
                           JASMINE RAND, ESQUIRE
                           Attorney for Plaintiffs
```

<u>SERVICE LIST</u>

Michael N. Feuer, City Attorney
Gary G. Geuss, Chief Assistant City Attorney
Cory M. Brente, Supervising Assistant City Attorney
Colleen R. Smith, Deputy City Attorney
Colleens.Smith@lacity.org
LOS ANGELES CITY ATTORNEY'S OFFICE
200 North Main Street
6th Floor, City Hall East

1  Los Angeles, CA 90012
   Phone: (213) 978-7027
2  Fax: (213) 978-8785
3  Attorenys for Defendant

4  Dale Galipo, Esquire
5  Thomas Seabaugh, Esquire
   21800 Burbank Boulevard, Suite 310
6  Woodland Hills, California 91367
7  Telephone: (818) 347-3333
   Fax: (818) 347-4118
8  Attorneys for Sandra Thomas Moses

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28